UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIKE HULL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-0680 |
| ) | Judge Echols |
| ) | |
| ENERGY AUTOMATION SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum issued contemporaneously herewith, Defendant's Motion For Summary Judgment (Docket Entry No. 8) is hereby DENIED.

This case will proceed to Final Pretrial Conference on **Monday, July 28, 2008 at 1:00 p.m.,** as previously scheduled.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE