UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MIKE HULL                           ]
                                    ]
                                    ]
v.                                  ]     NO. 3:07-0680
                                    ]     JUDGE HIGGINS
ENERGY AUTOMATION SYSTEMS, INC.     ]

## O R D E R

The Court has been advised by counsel that all matters and things in controversy between the parties have been compromised and settled. Accordingly, this action is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen this action if the settlement is not consummated.

The entry of this order shall constitute the judgment in this action.

It is so ORDERED.

_____
Thomas A. Higgins
United States District Judge

10-3-08